# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

ANGELA COMPTON,  
    Plaintiff,

Case. No. 1:12cv954  
Litkovitz, M.J.

v.

HON. MICHAEL B. DONLEY  
SECRETARY OF THE AIR FORCE,  
    Defendant.

**ORDER**

This matter is before the Court on plaintiff's motion to adopt the Initial Discovery Protocols For Employment Cases in lieu of the Rule 26 Disclosures in this case (Doc. 15) and the parties' Rule 26(f) report (Doc. 16). Defendant's response to plaintiff's motion is not due until after the date set forth in the parties' Rule 26(f) report for the exchange of discovery disclosures under Rule 26(a)(1). In view of the pending motion, the parties need not exchange Rule 26 disclosures until the Court has ruled on the pending motion.

**IT IS SO ORDERED.**

Date 5/7/13

Karen L. Litkovitz  
United States Magistrate Judge