IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELA COMPTON, | : | Case No. 1:12-CV-954 |
| Plaintiff, | : | Magistrate Judge Karen L. Litkovitz (Consent) |
| -vs- | : | |
| HON. MICHAEL B. DONLEY, Secretary of the U.S. Air Force, | : | Magistrate Judge Michael J. Newman (Mediator) |
| | : | |
| Defendant. | | |

**ORDER SETTING PRE-MEDIATION TELEPHONE CONFERENCE**

The above-captioned action is hereby set for a pre-mediation telephone conference on **Tuesday, August 20, 2013 at 2:30 p.m.** The parties are directed to call 1-877-336-1839, enter access code 2725365, security code 8202013, and wait for the Court to join the conference.

During the telephone conference, which is expected to last no more than fifteen minutes, the following issues will be discussed:

1) **Identification of party representatives**: The parties shall identify the party representative(s) who will be attending the mediation, and shall ensure the Court that said representatives have appropriate settlement authority;

2) **Communication of Demand(s)**: Plaintiff(s) will be instructed to make a demand to Defendant(s), and Defendant(s) will be instructed to make a counter-offer prior to the mediation;

3) **Physical Separation of Parties**: The parties shall inform the Court if physical separation of the parties is necessary (*i.e.*, whether safety concerns or hostile relationships warrant putting the parties in rooms on different floors, or even in different buildings); and

4) **Questions about the Order for Court-Conducted Mediation**:  If the parties have questions about the Court's Order for Court Conducted Mediation, they should raise those questions during this telephone conference.

**IT IS SO ORDERED.**

June 14, 2013

                                        **s/Michael J. Newman**
                                        United States Magistrate Judge